UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEROY MITCHELL** | * | CIVIL ACTION NO. |
| | * | |
| **VERSUS** | * | DOCKET NO. |
| | * | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | * | SECTION " " |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Complainant, **LEROY MITCHELL**, a natural person of the full age of majority, domiciled and residing in the Parish of Lafourche, State of Louisiana, with respect, avers:

I.

Defendant, **LIFE INSURANCE COMPANY OF NORTH AMERICA** (hereinafter "LINA"), is a foreign insurance corporation, having the State of Pennsylvania as its state of incorporation and principal business establishment, authorized to do and doing business within this district of the State of Louisiana.

II.

This Court has jurisdiction over this controversy on the grounds of Diversity of Citizenship, as Complainant is a citizen of the State of Louisiana, and Defendants are citizens of a states other than Louisiana, and the amount in controversy exceeds $75,000.

III.

Alternatively, this Court has jurisdiction over this controversy on the grounds of Federal Question Jurisdiction under ERISA.

IV.

Since on or about June 13, 2013, while employed by CB&I as a journeyman pipefitter, Complainant has been, is now and will remain in a continuous state of disability and/or reduced ability to secure gainful employment, which disability began while Complainant was domiciled and residing at all relevant times in Lafourche Parish, Louisiana, as a result of injuries to the skin, nerves, lungs and spine due to an explosion.

V.

At all relevant times, in full force and effect was a policy of disability insurance issued by defendant, **LINA**, which insures Complainant and which entitles Complainant to benefits for the above-described disability.

VI.

The Complainant has become, and will remain into the future, disabled within the meaning of the disability insurance policy written by **LINA**.

VII.

Defendant, **LINA** has failed to pay benefits to Complainant to which he is clearly entitled under the LINA insurance policy.

VIII.

The actions of Defendant, **LINA**, constitute arbitrary and capricious failure to pay benefits which are clearly due to the Complainant, despite adequate proof of loss.

IX.

The Complainant is entitled to receive total disability benefits as defined by the **LINA** insurance policy.

X.

The Complainant is further entitled to all costs of these proceedings, and attorney's fees from **LINA**, expended by Complainant in pursuit of his claims.

**WHEREFORE**, Complainant, **LEROY MITCHELL**, prays for judgment in his favor and against Defendant, **LIFE INSURANCE COMPANY OF NORTH AMERICA**, for benefits, enforcing his rights and clarifying his rights to future benefits, in such an amount as will fairly and fully compensate him according to law, together with legal interest, costs, and reasonable attorney's fees.

        Respectfully Submitted,

          s/J. Price McNamara
        _____
        **J. PRICE McNAMARA (20291)**
        10455 Jefferson Highway, Ste. 2B
        Baton Rouge, LA 70809
        Telephone: 225-201-8311
        Facsimile: 225-201-8313
        Email: price@jpricemcnamara.com
        Attorney for Complainant,
        Leroy Mitchell