UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LEROY MITCHELL** | * | **CIVIL ACTION NO. 18-9413** |
| **VERSUS** | * | **JUDGE CARL BARBIER** |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | * | **MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.** |

**O R D E R**

Considering the foregoing *Joint Motion for Dismissal* **(Rec. Doc. 11)**,:

**IT IS HEREBY ORDERED** that all claims in the captioned matter are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 15th day of July, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE